PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

RECEIVED
FEB 20 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Christina Marie Langner**

**Docket No. 0:00CR00079-002(JRT)**

**Petition on Supervised Release**

COMES NOW **Lisa L. Martinetto**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Christina Marie Langner** who was sentenced for Possession with Intent to Distribute Methamphetamine on October 19, 2000, by the Honorable John R. Tunheim, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug treatment
- Alcohol treatment
- Substance abuse testing
- Mental health
- Mandatory drug testing

On October 6, 2006, Your Honor modified her conditions to include 45 days remote alcohol monitoring.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On January 28, 2007, the defendant received a ticket in Hennepin County, Minnesota, for Driving After Revocation.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 24 hours of community service, as approved by the probation officer. The community service shall be performed in the U.S. Probation Office In House Community Service Program.

SCANNED
FEB 20 2007
U.S. DISTRICT COURT MPLS

ORDER OF THE COURT

Considered and ordered this 16th day of Feb., 2007, and ordered filed and made a part of the records in the above case.

Honorable John R. Tunheim
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Lisa L. Martinetto
U.S. Probation Officer

Executed on February 6, 2007
Place St. Paul

Approved:

Diane M. Levendusky
Supervising U.S. Probation Officer
Telephone: 651-848-1240

c: United States Sentencing Commission