Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Christina Marie Langner

Docket No. 0:00CR00079 - 002

**HEARING WAIVER**

I, Christina Marie Langner, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall perform 24 hours of community service, as approved by the probation officer. The community service shall be performed in the U.S. Probation Office In House Community Service Program.

Signed: Christina M. Kean (Langner)

Christina Marie Langner
Supervised Releasee

Dated: 2-1-07

Witness:

Lisa L. Martinetto
U.S. Probation Officer

SCANNED
FEB 20 2007
U.S. DISTRICT COURT MPLS